UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRANDY LYNN W., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 2:23-cv-00416-AKB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

On October 28, 2020, Plaintiff Brandy Lynn W. filed an application for Disability Insurance Benefits with the Social Security Administration. Plaintiff's application was denied. After exhausting his administrative remedies, Plaintiff sought the Court's review.

On June 10, 2024, United States Magistrate Judge Raymond E. Patricco, Jr. issued a Report and Recommendation in this matter. (Dkt. 17). Pursuant to statute, Judge Patricco gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

Order – 1

## ORDER

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation entered on June 10, 2024 (Dkt. 17), is **INCORPORATED** and **ADOPTED** in its entirety;

2. The decision of the Commissioner is **AFFIRMED**;

3. The Petition for Judicial Review (Dkt. 1) is **DENIED**, and this action is **DISMISSED**, with prejudice, as outlined in the Report and Recommendation;

4. The Court will enter a separate judgment in favor of Defendant in accordance with Federal Rule of Civil Procedure 58.

DATED: June 25, 2024

_Amanda K. Brailsford_
Amanda K. Brailsford
U.S. District Court Judge